73,133-03,04

SUPREME COURT OF THE UNITED STATES
OFFICE OF THE CLERK
WASHINGTON, DC 20543-0001

August 5, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 17 2015

Abel Acosta, Clerk

copy

Jose Alvarado
#1565199
Ramsey One Unit
1100 FM 655 Rd.
Rosharon, TX. 77583

RE: Alvarado v. Texas
TXCRA No. WR-73,133-03 And WR-73,133-04

Dear Mr. Alvarado

The above-entitled petition for writ of certiorary was postmarked January 16, 2015 and received August 4, 2015. The papers are returned for the following reason(s):

The opinions below section of the petition states that you are seeking joint review of two Texas Court of Criminal Appeals decisions. As our previous correspondence, dating back to January 16, 2015, indicates that you may not alter the substance of your petition of both of these lower court cases, you must file separate petitions.

Please correct and resumit as soon as possible. Unless the petition is submitted to this Office in corrected form within 60 days of the date of this letter, the petition will not be filed. Rule 14.5.

A copy of the corrected petition must be served on opposing counsel.

Sincerely,
Scott S. Harris, Clerk

By: • His Signature

Jacob C Travers
(202) 479-3039

From: José Alvarado, Petitioner Pro Se,
TDCJ# 1565198
Ramsey One Unit
1100 FM. 655 Rd.
Rosharon, TX. 77583

August 13th, 2015.

To: The Office Of The Clerk Of The
United States Supreme Court
Washington, D.C. 20543-0001

RE: ALVARADO V. TEXAS

   Tr. Ct. No. 2008-CRS-589-D4

   TXCRA NO. WR-73,133-03

Dear Mr. Jacob C. Travers, Clerk of the U.S. Supreme Court, (thank you for your advice in your letter about my case). "Please, bring this Certiorari to the attention for the Court."

In response to your advice about the "opinions below section." The opinions below section "has been corrected," now states only "one Texas Court of Criminal Appeals decision." As the previous correspondence dated on January 16, 2015.

The petition has been corrected and resubmitted.

A copy of the corrected petition was served on the opposing counsel as requested by the Clerk of the Supreme Court.

I, José Alvarado, hope that everything it's okay to obtain full and fair litigation.

Thank you for your precious time, I would appreciate for your attention in this matter.

Sincerely: _____
Jose Alvarado Petitioner Pro Se
TDCJ# 1565198

Corrected; Executed, and placed in the U.S. Mail box on this the 13th day of August 2015.

IN THE

SUPREME COURT OF THE UNITED STATES

PETITION FOR WRIT OF CERTIORARI

Petitioner respectfully prays that a writ of certiorari issue to review the judgment below.

OPINIONS BELOW

X For cases from state courts:

The opinion of the highest state court to review the merits appears at Appendix A to the petition and is
X reported at CIVIL ACTION NO. 5:12-CV-155.

The opinion of the Court Of Criminal Appeals "Denying Relief" court appears at Appendix C to the petition and is
X reported at Ex parte Alvarado No. WR-73,133-03.

1.

JURISDICTION

✗ For cases from state courts

The date on which the highest state court decided my case was 11-19,2014.
A copy of that decision appears at Appendix C